UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHRISTINE COOPER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CASE NO. 2:20-cv-00215-JRG-RSP |
| | § |
| 21ST MORTGAGE CORPORATION, et al. | § |
| | § |
| Defendant. | § |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS FILED BY DEFENDANT 21st MORTGAGE CORPORATION

The Court, having considered Defendant 21st Mortgage Corporation's Motion to Dismiss per Federal Rule of Civil Procedure 12(b) and any response thereto, finds it is well-taken and should be granted. Therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant 21st Mortgage Corporation's Motion to Dismiss per Federal Rule of Civil Procedure 12(b) is HEREBY GRANTED, and this entire case is DISMISSED WITH PREJUDICE.